

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Joseph H. Mims
County Attorney
Midland County
Midland, Texas

Dear Sir:

COPY

Opinion Number O-5534
Re: Can the Commissioners'
Court of Midland County
legally call for payment
the courthouse improve-
ment warrants in question?

We are in receipt of your letter of recent date read-
ing as follows:

"The Commissioners' Court of Midland County
wishes to know whether or not it can call for
payment the following warrants, and whether or
not it can issue new warrants at a lower int-
erest rate:

"Court House Improvement Warrants dated
June 10, 1930; bearing 6% interest annually;
the total issue being $80,000; each warrant in
sum of $1000, and four of them maturing serial-
ly annually, beginning June 10, 1931; $38,000
now outstanding.

"The county is calling for payment its court-
house improvement bonds issued at the same time
the warrants were. And the opinion of the Supreme
Court, handed down on June 16, 1943, in Cochran
County, Petitioner, v. Gerald C. Mann, Attorney
General of Texas, et al, raises the further ques-
tion whether the warrants, as well as the bonds,
may not be redeemed."

Replying to the foregoing it is our opinion that the warrants described by you are not affected by the opinion of the Supreme Court in the Cochran County case. The court confined the opinion to bonds issued under Chapter 1, Title 18, Revised Statutes, 1911 (now Chapter 2, Title 22, Revised Statutes, 1925). The Midland County Court House Warrants were issued pursuant to authority conferred by Chapter 163, Acts 1931, 42nd Legislature, being Article 2368a, Revised Statutes, 1925.

We enclose herewith a copy of Opinion O-5493, which opinion enumerates the bonds mentioned in Chapter 1, Title 18, and which are affected by the opinion of the court in the Cochran County case.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By C. F. Gibson

C. F. Gibson
Assistant

FG-s
mel.

APPROVED AUG 25, 1943

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

APPROVED